United States District Court
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Criminal Case No. 17-60145-CR-Scola |
| Brittany King, Defendant | ) | |

## Order Adopting Magistrate Judge's Report And Recommendation

This Court referred Defendant Brittany King's motion to suppress (ECF No. 19) to United States Magistrate Judge Edwin G. Torres, for a report and recommendation. On September 4, 2017, Judge Torres issued a report, recommending that the Court deny King's motion. (Report of Magistrate, ECF No. 35.) King has not filed objections to the report, and the time to do so, as set forth by Judge Torres, has passed.

The Court has considered Judge Torres's report, the record, and the relevant legal authorities. Finding Judge Torres's report and recommendation cogent and compelling, the Court **affirms and adopts** it in full.

**Done and ordered**, at Miami, Florida, on September 6, 2017.

Robert N. Scola, Jr.
United States District Judge